UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES ARTHUR LEE,

    Plaintiff,

v.                                       Case No. 4:20-cv-487-AW/MJF

MARK INCH, *et al.*,

    Defendants.

_____/

## **O R D E R**

Having considered the Report and Recommendation (ECF No. 22), to which no objections have been filed, I conclude that the Report and Recommendation should be adopted. It is now ORDERED:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case is TRANSFERRED to the United States District Court for the Middle District of Florida. The clerk will take appropriate steps to effect the transfer.

3.    The clerk will then close this file.

SO ORDERED on July 6, 2021.

                                                s/ *Allen Winsor*
                                                United States District Judge